Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Matthew Warren Quall, Esq. (SBN 183759)
LANG, RICHERT AND PATCH
5200 North Palm Avenue, 4th Floor
Fresno, CA 93704
(559) 228-6700
(559) 228-6727 – Facsimile
mwq@lrplaw.net

Attorneys for Defendant
Dun Engineering Services

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>Defendants. | Case No.: C11-1537 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:         July 11, 2011<br>Time:        1:30 p.m.<br>Courtroom: 12, 19th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA 94102<br><br>Judge:  Honorable Thelton E. Henderson |

     Plaintiffs and Defendant Dun Engineering Services "Dun Engineering" jointly request that the Case Management Conference currently scheduled for July 11, 2011, at 1:30 p.m., be continued for approximately ninety (90) days, as follows:

     1.     This action was filed by Plaintiffs for contributions due by Defendants to the Trust Funds and to compel Defendants to comply with an audit of their payroll records.

     2.     Shortly after service of the complaint, Defendants complied with the audit.  The

auditor is in the process of analyzing the documents for preparation of an audit report. After the report is completed, the auditor will send a draft copy to Defendants for review. In the event that the Defendants oppose the findings, the parties will attempt to resolve the issues informally through direct negotiations. If they are unable to do so, they will proceed with mediation and, ultimately, trial.

3. Plaintiffs and Dun Engineering have agreed to mediation for the contributions owed and both are willing to participate in the event that a resolution cannot be reached informally through direct negotiations. The parties are waiting for the Court's referral and assignment to a mediator.

4. On June 22, 2011, the Clerk entered default as to Defendant Thomas Padilla.

5. There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to move toward resolution.

6. We therefore jointly request that the Case Management Conference be continued for ninety (90) days to allow the parties ample time to prepare and attend the mediation.

Dated: July 1, 2011                                   SALTZMAN & JOHNSON
                                                       LAWCORPORATION

                                                  By: _____/s/_____
                                                      Michele R. Stafford
                                                      Attorneys for Plaintiffs

Dated: July 1, 2011                                   LANG, RICHERT AND PATCH

                                                  By: _____/s/_____
                                                      Matthew W. Quall
                                                      Attorneys for Defendant
                                                      Dun Engineering Services

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __October 17, 2011_____ at __1:30 p.m._____. All related deadlines are extended accordingly.

Date: _____7/5/11_____   _____
                                        UNITED STATES DISTRICT JUDGE

-2-
JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE
Case No.: C11-1537 TEH

PROOF OF SERVICE:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 1, 2011, I served the following document(s) on the parties to this action in the manner described below:

**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**

<u>XX</u>  **ELECTRONICALLY** by causing said document to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

Matthew Warren Quall, Esq.           Thomas Padilla
5200 N. Palm, Suite 400              1672 Monte Grosso Drive
Fresno, California 93704             Merced, California 95340
**VIA ECF**                          **VIA MAIL**
*Attorney for Dun Engineering Services*
aka *Dun Engineering Services, Inc.*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 1st day of July, 2011, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Qui X. Lu