1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Matthew Warren Quall, Esq. (SBN 183759)
   LANG, RICHERT AND PATCH
8  5200 North Palm Avenue, 4th Floor
   Fresno, CA 93704
9  (559) 228-6700
   (559) 228-6727 – Facsimile
10 mwq@lrplaw.net

11 Attorneys for Defendant
   Dun Engineering Services

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>Defendants. | Case No.: C11-1537 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:        October 17, 2011<br>Time:        1:30 p.m.<br>Courtroom:   12, 19th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br><br>Judge:  Honorable Thelton E. Henderson |
|---|---|

Plaintiffs and Defendant Dun Engineering Services "Dun Engineering" jointly request that the Case Management Conference currently scheduled for October 17, 2011, at 1:30 p.m., be continued for approximately 60 – 90 days, as follows:

  1.  This action was filed by Plaintiffs for contributions due by Defendants to the Trust Funds and to compel Defendants to comply with an audit of their payroll records.

  2.  Shortly after service of the complaint, Defendants complied with the audit. The

auditor completed analyzing the documents and prepared an audit report.  The audit report is now being reviewed by both parties.

      3.      Mediation has been scheduled for November 2, 2011.

      4.      There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to move toward resolution, and a mediation has already been scheduled.

      5.      We therefore jointly request that the Case Management Conference be continued for 60 – 90 days to allow the parties ample time to prepare and attend the mediation.

Dated: October 5, 2011          SALTZMAN & JOHNSON
                                LAWCORPORATION

                                By: _____/s/_____
                                Michele R. Stafford
                                Attorneys for Plaintiffs

Dated: October 5, 2011          LANG, RICHERT AND PATCH

                                By: _____/s/_____
                                Matthew W. Quall
                                Attorneys for Defendant
                                Dun Engineering Services

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____December 19, 2011_____ at _____1:30 PM_____.  All related deadlines are extended accordingly.

Date: _____10/06/2011_____          _____
                                       UNITED STATES DISTRICT JUDGE
                                       Judge Thelton E. Henderson

-2-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C11-1537 TEH**