Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Matthew W. Quall, Esq. (SBN 183759)
LANG, RICHERT AND PATCH
5200 North Palm Avenue, 4th Floor
Fresno, CA 93704
(559) 228-6700
(559) 228-6727 – Facsimile
mwq@lrplaw.net

Attorneys for Defendant
Dun Engineering Services

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>           Defendants. | Case No.: C11-1537 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:         December 19, 2011<br>Time:        1:30 p.m.<br>Courtroom: 12, 19th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102<br><br>Judge:  Honorable Thelton E. Henderson |

     Plaintiffs and Defendant Dun Engineering Services "Dun Engineering" jointly request that the Case Management Conference currently scheduled for December 19, 2011, at 1:30 p.m., be continued for approximately 60 – 90 days, as follows:

     1.     This action was filed by Plaintiffs for contributions due by Defendants to the Trust Funds and to compel Defendants to comply with an audit of their payroll records.

     2.     Shortly after service of the complaint, Defendants complied with the audit. The

auditor completed analyzing the documents and prepared an audit report.

3.  Prior to the November 2, 2011 mediation, Defendants made an offer to Plaintiffs, apprising Plaintiffs of Defendants' poor financial condition and intent to discontinue operations. Following a teleconference with the Mediator, the parties (and the Mediator) determined the mediation should not go forward as scheduled, but that Plaintiffs be afforded additional time to review the offer and attempt to negotiate with Defendants directly. Financial documents have been requested from Defendants to support their offer. Plaintiffs are currently awaiting those documentation. The parties intend to negotiate directly and, if necessary, re-set mediation before the appointed Mediator.

4.  The mediation deadline has been extended by this Court to February 1, 2012. Plaintiffs have requested that Defendant provide certain financial information to support their claim of financial distress for evaluation prior to a new mediation being scheduled.

5.  Plaintiffs' counsel has a conflict with the December 19, 2011 date in that her firm's Holiday Party is scheduled for the same date and time as the upcoming Case Management Conference. Even if the Court is not inclined to grant the requested continuance, Plaintiffs' counsel requests a continuance of at least 14 days.

6.  There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to move toward resolution.

7.  We therefore jointly request that the Case Management Conference be continued for 60 – 90 days to allow the parties ample time to negotiate a settlement.

Dated: December 8, 2011                                  SALTZMAN & JOHNSON
                                                         LAWCORPORATION

                                                         By:  _____/S/_____
                                                              Michele R. Stafford
                                                              Attorneys for Plaintiffs

Dated: December 8, 2011                                  LANG, RICHERT AND PATCH

                                                         By:  _____/S/_____
                                                              Matthew W. Quall
                                                              Attorneys for Defendant
                                                              Dun Engineering Services

-2-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C11-1537 TEH**

-3-

IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to __February 27, 2012__ at __1:30 PM__. All related deadlines are extended accordingly.

Date: __12/12/2011__             _____
                                                            UNITED STATES DISTRICT JUDGE