Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Matthew W. Quall, Esq. (SBN 183759)
LANG, RICHERT AND PATCH
5200 North Palm Avenue, 4th Floor
Fresno, CA 93704
(559) 228-6700
(559) 228-6727 – Facsimile
mwq@lrplaw.net

Attorneys for Defendant
Dun Engineering Services

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>Defendants. | Case No.: C11-1537 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:         February 27, 2012<br>Time:        1:30 p.m.<br>Courtroom: 12, 19th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA 94102<br><br>Judge:  Honorable Thelton E. Henderson<br><br>IT IS SO ORDERED AS MODIFIED |
|---|---|

      Plaintiffs and Defendant Dun Engineering Services "Dun Engineering" jointly request that the Case Management Conference currently scheduled for February 27, 2012, at 1:30 p.m., as well as the mediation deadline, be continued for approximately 60 – 90 days, as follows:

      1.     This action was filed by Plaintiffs for contributions due by Defendants to the Trust Funds and to compel Defendants to comply with an audit of their payroll records.

      2.     Shortly after service of the complaint, Defendants complied with the audit.  The

-1-
PROOF OF SERVICE
Case No.: C11-1537 TEH

C:\temp\notesBCBF1C\C11-1537 TEH - Joint Req to Continue CMC 021612.doc

auditor completed analyzing the documents and prepared an audit report.

3. Prior to the November 2, 2011 mediation, Defendants made an offer to Plaintiffs, apprising Plaintiffs of Defendants' poor financial condition and intent to discontinue operations. Following a teleconference with the Mediator, the parties (and the Mediator) determined the mediation should not go forward as scheduled, but that Plaintiffs be afforded additional time to review the offer and attempt to negotiate with Defendants directly.

4. Financial documents to support Defendants' claim of financial hardship have been recently produced and Plaintiffs are currently reviewing the documentation.

5. The mediation deadline has been extended by this Court to February 1, 2012. On January 25, 2012, both parties participated in a mediation conference call and were advised to address the issue of continuing the mediation deadline in this Case Management Conference Statement.

6. There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to move toward resolution.

7. We therefore jointly request that the Case Management Conference, as well as the mediation deadline, be continued for 60 – 90 days to allow the parties ample time to negotiate a settlement.

Dated: February 16, 2012                    SALTZMAN & JOHNSON
                                            LAWCORPORATION

                                            By: _____/s/_____
                                                Michele R. Stafford
                                                Attorneys for Plaintiffs

Dated: February 16, 2012                    LANG, RICHERT AND PATCH

                                            By: _____/s/_____
                                                Matthew W. Quall
                                                Attorneys for Defendant
                                                Dun Engineering Services

C:\temp\notesBCBF1C\C11-1537 TEH - Joint Req to Continue CMC 021612.doc

1  Pursuant to the parties' stipulation, the currently set Case Management Conference is
2  hereby continued to May 21, 2012, at 1:30 PM. All related deadlines are extended accordingly.
3
4  The mediation deadline is also hereby extended to May 1, 2012.
5
6  IT IS SO ORDERED.
7
8  Date: __02/21/2012_____                                 _____
9                                                                                                   UNITED STATES DISTRICT JUDGE
10

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

-3-
**PROOF OF SERVICE**
**Case No.: C11-1537 TEH**

C:\temp\notesBCBF1C\C11-1537 TEH - Joint Req to Continue CMC 021612.doc