Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Matthew W. Quall, Esq. (SBN 183759)
LANG, RICHERT AND PATCH
5200 North Palm Avenue, 4th Floor
Fresno, CA 93704
(559) 228-6700
(559) 228-6727 – Facsimile
mwq@lrplaw.net

Attorneys for Defendant
Dun Engineering Services

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>Defendants. | Case No.: C11-1537 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO VACATE OR CONTINUE**<br><br>Date:          June 4, 2012<br>Time:         1:30 p.m.<br>Courtroom:   12, 19th Floor<br>                      450 Golden Gate Avenue<br>                      San Francisco, CA 94102<br><br>Judge:  Honorable Thelton E. Henderson |

      Plaintiffs and Defendant Dun Engineering Services "Dun Engineering" jointly request that the Case Management Conference currently scheduled for June 4, 2012, at 1:30 p.m., be either vacated or continued for approximately 30 days, as follows:

      1.      This action was filed by Plaintiffs for contributions due by Defendants to the Trust Funds and to compel Defendants to comply with an audit of their payroll records.

      2.      Shortly after service of the complaint, Defendants complied with the audit.  The

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO VACATE OR CONTINUE**
**Case No.: C11-1537 TEH**

1  auditor completed analyzing the documents and prepared an audit report.

2        3.     Prior to the November 2, 2011 mediation, Defendants made an offer to Plaintiffs,
3  apprising Plaintiffs of Defendants' poor financial condition and intent to discontinue operations.
4  Following a teleconference with the Mediator, the parties (and the Mediator) determined the
5  mediation should not go forward as scheduled, but that Plaintiffs be afforded additional time to
6  review the offer and attempt to negotiate with Defendants directly.

7        4.     Financial documents to support Defendants' claim of financial hardship were
8  produced by Defendants.

9        5.     The matter has now resolved, with a Notice of Settlement filed on or about May 3,
10 2012. The parties are working on settlement documents and expect the documents to be executed
11 and payment made within the next few weeks.

12       6.     There is nothing to discuss at a Case Management Conference at the present time.

13       7.     We therefore jointly request that the Case Management Conference either be
14 vacated or continued for 30 days to allow the parties to conclude the settlement.  Plaintiffs will
15 thereafter dismiss the action with prejudice.

16 Dated: May 22, 2012                         SALTZMAN & JOHNSON
                                                            LAWCORPORATION
17
18                                               By:    _____/s/_____
                                                        Michele R. Stafford
19                                                         Attorneys for Plaintiffs

20 Dated: May 22, 2012                         LANG, RICHERT AND PATCH

21                                             By:    _____/s/_____
                                                        Matthew W. Quall
22                                                         Attorneys for Defendant
                                                        Dun Engineering Services
23

24 IT IS SO ORDERED.

25       The currently set Case Management Conference is hereby vacated / continued to
   _____July 9, 2012_____ at _1:30 p.m._____.  All related deadlines are extended
26 accordingly.

27 Date: _____05/23/2012_____           _____
28                                                    UNITED STATES DISTRICT JUDGE