Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, *aka* DUN ENGINEERING SERVICES, INC., a California corporation; and THOMAS PADILLA, individually,<br><br>Defendants. | Case No.:  C11-1537 TEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants DUN ENGINEERING SERVICES, also known as DUN ENGINEERING SERVICES, INC., a California corporation, and THOMAS PADILLA, individually.  Defendants have not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2 entitled action, and that the foregoing is true of my own knowledge.
3    Executed this 27th day of June, 2012, at San Francisco, California.

4                               SALTZMAN & JOHNSON
                                LAW CORPORATION
5
                          By: _____/s/_____
6                              Michele R. Stafford
                               Attorneys for Plaintiffs
7

8 IT IS SO ORDERED.
9    This case is dismissed without prejudice.
10
11 Date:___06/28/2012_____     _____
12                                  UNITED STATES DISTRICT JUDGE
                                    Judge Thelton E. Henderson

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C11-1537 TEH**